# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| YOSVANY CARMONA CUELLO and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY, <br> JOAQUIN BRAS, <br> JACQUELIN BRAS <br> PHILIP COLEMAN, <br><br> Defendants. | 18-CV-21255-Gayles/Otazo-Reyes |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY
Registered Agent: Joaquin Bras
7310 COLLINS AVE
MIAMI BEACH, FL 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 4, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-21255

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Menjes Bakery of Miami, Inc
was received by me on *(date)* 4/4/18 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* J. Ross R/A , who is designated by law to accept service of process on behalf of *(name of organization)* Menjes Bakery of Miami, Inc on *(date)* 4/4/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/4/18

Server's signature

Perry Parang
*Printed name and title*

South Miami FL
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| YOSVANY CARMONA CUELLO and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) | **18-CV-21255-Gayles/Otazo-Reyes** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY, JOAQUIN BRAS, JACQUELIN BRAS, PHILIP COLEMAN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JOAQUIN BRAS
~~9008 Froud Ave~~  7310 Collins Ave
Surfside, FL 33154

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                J.H. Zidell, Esq.
                J.H. Zidell P.A.
            300 71ST Street, Suite 605
            Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 4, 2018**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Joaquin Sien

was received by me on *(date)*  4/4/19  .

☒ I personally served the summons on the individual at *(place)*  7311 Collin Dr.
Miami Lakes FL  on *(date)*  4/4/19  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ 0 — for travel and $ 0 — for services, for a total of $ ✓ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  4/4/19

_____
Server's signature

Perry Parang
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| YOSVANY CARMONA CUELLO and all others similarly situated under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br>vs.<br><br>MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY,<br>JOAQUIN BRAS,<br>JACQUELIN BRAS,<br>PHILIP COLEMAN<br><br>    Defendants. | 18-CV-21255-Gayles/Otazo-Reyes<br><br>SERVED 4/4/18<br>1:02<br>(a)<br>JoAquin<br>(Father) |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JOACQUELIN BRAS
~~9008 Froud Ave~~ 7310 Collin Ave
Surfside, FL 33154

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       J.H. Zidell, Esq.
       J.H. Zidell P.A.
     300 71ST Street, Suite 605
     Miami Beach, Florida 33141

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 4, 2018**



Steven M. Larimore
Clerk of Court

## SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-21255

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JOACQUELIN SORJ

was received by me on *(date)* 4/4/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* JEA QVJD
( Mom ) , a person of suitable age and discretion who resides there,
on *(date)* 4/4/18 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 2.— for travel and $ 2— for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/4/18            _____
                            *Server's signature*

                        Perry Parang
                        *Printed name and title*

                        _____
                        *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| YOSVANY CARMONA CUELLO and all others similarly situated under 29 U.S.C. 216(b),<br><br>　　　　Plaintiff,<br>vs.<br><br>MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY,<br>JOAQUIN BRAS,<br>JACQUELIN BRAS,<br>PHILIP COLEMAN<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 18-CV-21255-Gayles/Otazo-Reyes<br><br>SERVED<br>ATE_____ 4/4/18<br>ME_____ 11:00<br><br>J. BRAS<br>( Philip ) |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
PHILIP COLEMAN
7310 COLLINS AVE
MIAMI BEACH, FL 33141

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　J.H. Zidell, Esq.
　　　　　　　J.H. Zidell P.A.
　　　　　300 71ST Street, Suite 605
　　　　　Miami Beach, Florida 33141

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __April 4, 2018__



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Philip Coleman_

was received by me on *(date)* _4/4/18_.

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _J. Bani_
_mother_ , a person of suitable age and discretion who resides there,
on *(date)* _4/4/18_ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _0.__ for travel and $ _0.__ for services, for a total of $ _0.00_.

I declare under penalty of perjury that this information is true.

Date: _4/4/18_

_____
Server's signature

Perry Parang
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: