UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:18-cv-21255-DPG

YOSVANY CARMONA CUELLO, and all
others similarly situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

MOISES BAKERY OF MIAMI, INC.,
JOAQUIN BRAS, JOAQUELIN BRAS,
& PHILIP COLEMAN

    Defendants.
_____/

### DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants MOISES BAKERY OF MIAMI, INC., JOAQUIN BRAS, JOAQUELIN BRAS, & PHILIP COLEMAN, individually, by and through their undersigned counsel, hereby file their Response to Plaintiff's Statement of Claim [DE #8], dated April 4, 2018, as follows:

1. Plaintiff's Statement of Claim is based on unsupported exaggerated estimation of the overtime hours Plaintiff allegedly worked for the Defendants. Defendants deny that Plaintiff worked the hours claimed or that he is owed any overtime.

2. Moreover, as stated more fully in Defendants' Motion to Dismiss, Plaintiff's Statement of Claim proposes inconsistent positions regarding overtime calculations that that cannot be sustained in tandem. Specifically, Plaintiff's claims suggest that he *may* be bound by an agreement for salaried wages (which he, as a party to such an agreement, if said agreement exists, should know) or that such an agreement doesn't exist. Indeed, one of the footnotes in Plaintiff's Statement of Claim attempts to blend both claims together: "To the extent Plaintiff's claim in Count I overlaps with Plaintiff's claim in Count II of the Complaint, Plaintiff is claiming

1

the higher of the two applicable rates." Nevertheless, Defendants deny that Plaintiff is owed overtime under any calculation proposed by the Plaintiff.

3.  Plaintiff fails to state a claim for liquidated damages because the allegations do not rise to the requisite standard required for liquidated damages under the FLSA. Defendants' actions were in good faith, and Defendants had reasonable grounds for believing that they were in compliance with the FLSA.

4.  Some, or all, of Plaintiff's damages are barred by Section 11 of the Portal-to-Portal Act, 29 U.S.C. § 260, because the acts or omissions complained of, if any actually occurred, were done in good faith and with reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.

Respectfully submitted, this 18th day of May, 2018.

LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail: jmb@lubellrosen.com

By: *s/Joshua M. Bloom*
Joshua M. Bloom, Esquire
Florida Bar No. 88559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Josh M. Bloom*
Josh Bloom

## SERVICE LIST

*Cuello v. Moises Bakery of Miami, Inc., et al*
Case No.: 1:18-cv-21255-DPG

| | |
|---|---|
| Neil Tobak, Esquire | Adi Amit, Esquire |
| Rivkah Fay Jaff, Esq. | LUBELL & ROSEN, LLC |
| Jamie H. Zidell, Esq. | 200 S. Andrews Avenue |
| J.H. ZIDELL, P.A. | Suite 900 |
| 300 71st Street | Fort Lauderdale, Florida 33301 |
| Suite 605 | adi@lubellrosen.com |
| Miami Beach, Florida 33141 | *Counsel for Defendants* |
| Rivkah.Jaff@gmail.com | |
| Ntobak.zidellpa@gmail.com | |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiffs* | |