UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21255-CIV-DPG

YOSVANY CARMONA CUELLO and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
       Plaintiff, )
vs. )
 )
MOISES BAKERY OF MIAMI, INC. a/k/a )
MOISES BAKERY, )
JOAQUIN BRAS, )
JACQUELIN BRAS, )
PHILIP COLEMAN, )
 )
       Defendants. )
_____ )

**JOINT PLANNING AND SCHEDULING REPORT**

Plaintiff and Defendants, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 26(f), S.D.Fla. L.R. 16.1(B), and the Court's Order, hereby file this Joint Scheduling Report.

A.    The Likelihood of Settlement

The Parties intend to explore, in good faith, the possibilities of settlement and will continue to explore, in good faith, the possibilities of settlement as contemplated by S.D. Fla. L.R. 16.1(B)(5), as this case progresses further.

B.    The Likelihood of Appearance In the Action of Additional Parties

At the present time, the Parties do not anticipate adding any additional Parties however the Parties will seek leave to amend, if applicable. Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable.

C.    Proposals for the Formulation and Simplification of Issues

The Parties agree to cooperate in trying to simplify the issues through discovery.

D.    The Necessity or Desirability of Amendments to the Pleadings

1

Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable. Plaintiff demands a trial by jury.

E. The Possibility of Obtaining Admissions of Fact and Documents to Avoid Unnecessary Proof

The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents and reserving arguments as to interpretation of such documents, specifically, to documents which originated from each of the Parties and/or their respective representatives/employees. At this time, there is no need for any advance rulings with respect to admissibility of evidence.

F. Suggestions of the Avoidance of Unnecessary Proof and Cumulative Evidence

The Parties, where possible and in good faith, shall attempt to streamline the presentation of evidence to advance the case to trial, and to minimize the duration of the proposed trial, as to those facts and evidence where there is no dispute.

G. Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master

The Parties do not agree to consent to the Magistrate at this time.

H. Preliminary Estimate of the Time Required for Trial

The Parties estimate this case will require 3 to 4 days for trial. Plaintiff requests a trial by jury.

I. Any Other Information That Might Be Helpful to the Court

Counsel for the Plaintiff are Jewish and observe the High Holy Days. Plaintiff's counsel's firm, is closed in observance of said holidays on 9/10/18, 9/11/18, 9/19/18, 9/24/18, 9/25/18, 10/1/18, 10/2/18, 1/1/18, 4/25/19, 4/26/18. Defendants and Defense Counsel are unavailable for the following days: 7/1/18-7/6/18, 8/13/18-8/17/18.

DATED: The 28th day of June, 2018.

By: *<u>/s/ Neil Tobak, Esq.</u>*_________
Neil Tobak, Esq.
Fla. Bar No. 093940
ntobak.zidellpa@gmail.com
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766

By: */s/.Joshua Sheskin* ________
**Joshua Howard Sheskin**
**Lubell Rosen**
**200 South Andrews Ave.**
**Suite 900**
**Ft. Lauderdale, FL 33301**
**954-880-9500**
**Fax: 954-755-2993**

Facsimile: (305) 865-7167
*Attorney for Plaintiffs*

Email: adi@lubellrosen.com *Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21255-CIV-DPG

| | |
|---|---|
| YOSVANY CARMONA CUELLO and all others similarly situated under 29 U.S.C. 216(b), | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | )<br>) |
| MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY, JOAQUIN BRAS, JACQUELIN BRAS, PHILIP COLEMAN, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **June 17, 2019**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, June 12 12, 2018**.

A **Status Conference** will be held at **9:30 a.m. on Wednesday, May 29, 2018**. The parties shall adhere to the following schedule[1]:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing to amend the complaint by | **August 31, 2018** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **July 20, 2018**[2] |
| 3. | Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **September 14, 2018** |

---

[1] Counsel for the Plaintiffs are Jewish and observe the High Holy Days. Plaintiff's counsel's firm, is closed in observance of said holidays on 9/10/18, 9/11/18, 9/19/18, 9/24/18, 9/25/18, 10/1/18, 10/2/18, 1/1/18, 4/25/19, 4/26/18. Defendants and Defense Counsel are unavailable for the following days:

[2] The parties reserve the right to supplement and/or amend the witness list as the parties continue to obtain further information and documents through discovery and trial preparation.

4

| | | |
|---|---|---|
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **September 21, 2018** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **October 5, 2018** |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **August 31, 2018** |
| 7. | Fact discovery shall be completed by | **February 22, 2019** |
| 8. | Expert discovery shall be completed by | **February 22, 2019** |
| 9. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **March 15, 2019** |
| 10. | Mediation shall be completed by | **February 25, 2018** |
| 11. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **March 29, 2019** |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **April 19, 2019** |
| 13. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by | **May 10, 2019** |

DATED: The 28th day of June, 2018.

| | |
|---|---|
| By: */s/ Neil Tobak, Esq.*_____<br>Neil Tobak, Esq.<br>Fla. Bar No. 093940<br>ntobak.zidellpa@gmail.com<br>J.H. ZIDELL, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>*Attorney for Plaintiffs* | By: */s/.Joshua Sheskin*_____<br>**Joshua Howard Sheskin**<br>Lubell Rosen<br>200 South Andrews Ave.<br>Suite 900<br>Ft. Lauderdale, FL 33301<br>954-880-9500<br>Fax: 954-755-2993<br>Email: adi@lubellrosen.com *Attorney for Defendants* |