UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21255-CIV-DPG/AOR

| | |
|---|---|
| YOSVANY CARMONA CUELLO and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY, JOAQUIN BRAS, JACQUELIN BRAS, PHILIP COLEMAN, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S UNOPPOSED MOTION TO RESET THE HEARING PER [DE41]

COMES NOW the Plaintiff, by and through the undersigned, and files the above-described Unopposed Motion regarding the Hearing set to occur on August 24, 2018, at 4:00 p.m., before the Honorable Magistrate Judge Otazo-Reyes [DE41], and in support thereof states as follows:

1. The Court has re-set the Hearing on Defense Counsel's Unopposed Motion to Withdraw [DE32] to occur before the Honorable Magistrate Judge Otazo-Reyes on August 24, 2018, commencing at 4:00 p.m. [DE41].

2. The undersigned is an observant Jewess and will not be able to attend the Hearing in person as she will not have sufficient time to travel home prior to sundown in observance of the Sabbath.

3. The undersigned conferred with Defense Counsel and they do not oppose the relief sought herein.

4. Further, counsel, Adi Amit, Esq., has a conflict with that time on that particular day as well.

WHEREFORE, PLAINTIFF'S COUNSEL RESPECTFULLY REQUESTS THE HEARING PER THE COURT'S ORDER [DE41] BE RE-SET SO THAT IT DOES NOT CONFLICT WITH COUNSEL'S RELIGIOUS OBSERVANCE.

### CERTIFICATE OF CONFERRAL

The undersigned conferred with counsel, Adi Amit, Esq., and Paul Kogan, Esq., who stated they do **not** oppose this Motion.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 8/16/18 TO:**

**ADI AMIT, ESQ.
LUBELL & ROSEN, LLC
200 S. ANDREWS AVENUE, SUITE 900
FORT LAUDERDALE, FL 33301
PH: (954) 880-9500
FAX: (954) 755-2993
EMAIL: ADI@LUBELLROSEN.COM**

**PAVEL KOGAN, ESQ.
KOGAN PROBER, P.A.
MUSEUM PLAZA
200 S. ANDREWS AVE., SUITE 901**

**FT. LAUDERDALE, FL 33301**
**PH: 954-281-8888**
**FAX: 954-333-1505**
**EMAIL: PKOGAN@KOGANPROBER.COM**

**BY:_____/s/ Rivkah F. Jaff_____**
**RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21255-CIV-DPG/AOR

YOSVANY CARMONA CUELLO and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
       Plaintiff, )
vs. )
 )
MOISES BAKERY OF MIAMI, INC. a/k/a )
MOISES BAKERY, )
JOAQUIN BRAS, )
JACQUELIN BRAS, )
PHILIP COLEMAN, )
 )
       Defendants. )
_____ )

## **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESET THE HEARING PER [DE41]**

This cause, having come before the Court on Plaintiff's above-described Unopposed Motion, and the Court being duly advised in the premises, it is ORDERED and ADJUDGED that said motion is granted and therefore:

THE COURT HEREBY RESETS THE HEARING PER [DE41 TO OCCUR ON _____, 2018, AT _____.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2018.

                                              _____
                                              ALICIA OTAZO-REYES
                                              UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record