THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21255-CIV-GAYLES/OTAZO-REYES

YOSVANY CARMONA CUELLO, and all
others similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

v.

MOISES BAKERY OF MIAMI, INC.,
JOAQUIN BRAS, JACQUELIN BRAS,
& PHILIP COLEMAN,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon Defendants Moises Bakery of Miami, Inc., Joaquin Bras, Jacquelin Bras and Philip Coleman's ("Defendants") Unopposed Motion to Withdraw as Counsel for Defendants (hereafter, "Motion to Withdraw") [D.E. 32]; and Plaintiff Yosvany Carmona Cuello's ("Plaintiff") Notice of Hearing [D.E. 39]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 26, 40]. The undersigned held a hearing on these matters on September 4, 2018. In accordance with the undersigned's rulings at the hearing, it is

    ORDERED AND ADJUDGED as follows:

> ➢ Defendants' Motion to Withdraw is GRANTED. Adi Amit, Joshua H. Sheskin, Joshua M. Bloom, and Lubell & Rosen, LLC are relieved as counsel for Defendants. With the exception of Defendant Jacquelin Bras, Pavel Kogan and Bruce Prober shall serve as new counsel for Defendants. Defendant Jacquelin Bras shall have until **September 11, 2018** to retain new counsel.

> ➤ With the exception of Defendant Jacquelin Bras, Defendants shall respond to Plaintiff's outstanding discovery requests without objections on or before **September 13, 2018**.

> ➤ Defendant Jacquelin Bras shall respond to Plaintiff's outstanding discovery requests without objections on or before **September 20, 2018**.

> ➤ Defendants shall appear for their respective depositions on the dates that have been mutually agreed upon by counsel.

> ➤ Plaintiff's request for an award of attorney fees is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 4th day of September, 2018.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
    Counsel of Record