UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21255-CIV-DPG

| | |
|---|---|
| YOSVANY CARMONA CUELLO and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY, JOAQUIN BRAS, JACQUELIN BRAS, PHILIP COLEMAN, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION TO NARROW THE ISSUES FOR JURY TRIAL

IT IS HEREBY STIPULATED AND AGREED by and between Counsel for the Plaintiff, YOSVANY CARMONA CUELLO ("Plaintiff"), and Defendants, MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY, and JOAQUIN BRAS, and PHILIP COLEMAN ("Defendants"), (collectively Plaintiff and Defendants are herein referred to as the "Parties"):

The Parties stipulate that the Entity Defendant MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY's annual gross sales for the years 2014, 2015, 2016, and 2017, exceeded $500,000.00. The Parties stipulate that the Entity Defendant MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY's annual gross sales for the years 2018, exceeded $125,000.00 for the first three months of the year 2018 and is expected to exceed $500,000.00 for the year 2018. Defendants, therefore, stipulate to "Enterprise Coverage/Subject-Matter Jurisdiction" in that the entity Defendant's annual gross sales exceeded $500,000 for the years 2014, 2015, 2016, and 2017, and is expected to exceed same for the year 2018.

Therefore, the Parties agree no further discovery is necessary regarding the factual issues as they relate to FLSA enterprise coverage/subject matter jurisdiction during the years 2014, 2015, 2016, 2017, and 2018, as it has been stipulated to by Defendants.

Respectfully Submitted,

Dated this 17th day of September, 2018.

| **J.H. ZIDELL, P.A.** | **THE KOGAN FIRM, P.A.** |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 300 71st Street, Suite 605 | 330 N. Andrews Ave., Suite 450 |
| Miami Beach, Florida 33141 | Fort Lauderdale, Fl 33301 |
| Telephone: (305) 865-6766 | Telephone: (954) 281-8888 |
| Facsimile: (305) 865-7167 | Facsimile: (954) 333-1505 |
| | |
| By:/s/ Neil Tobak | BY: /s/ Pavel Kogan, Esq. |
| **NEIL TOBAK, ESQ.** | **PAVEL KOGAN, ESQ.** |
| Fla. Bar No. 93940 | Florida Bar No.: 64339 |
| Ntobak.zidellpa@gmail.com | paul@kogan.law |