UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21255-CIV-DPG/AOR

YOSVANY CARMONA CUELLO and all        )
others similarly situated under 29 U.S.C.   )
216(b),                                     )
                                            )
                Plaintiff,                  )
        vs.                                 )
                                            )
MOISES BAKERY OF MIAMI, INC. a/k/a    )
MOISES BAKERY,                         )
JOAQUIN BRAS,                          )
JACQUELIN BRAS,                        )
PHILIP COLEMAN,                        )
                                            )
                Defendants.                 )
_____ )

## PLAINTIFF'S NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES

PLEASE TAKE NOTICE that the undersigned attorneys for the respective Parties will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES, at the Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th Floor, Miami, FL 33128, on October 25, 2018, commencing at 2:00 p.m.

On August 28, 2018, Plaintiff noticed the deposition of Defendant PHILIP COLEMAN ("Defendant" or "COLEMAN") to occur on the mutually agreed to date of September 27, 2018. In addition, at the Hearing attended by counsel and Defendant Jacquelin Bras (individually) before the Honorable Magistrate Judge Otazo-Reyes on September 4, 2018, and Defense Counsel announced on the record the date the Parties agreed to for the deposition of Defendant COLEMAN. As such, the Court Ordered Defendant COLEMAN to "appear for their respective

Page **1** of **3**

depositions on the dates that have been mutually agreed upon by counsel." [DE47]. On September 27, 2018, Defendant COLEMAN failed to appear as properly noticed and as Ordered by this Court per [DE47]. The Court Reporter coordinated for the deposition issued a Certificate of Non-Appearance ("CNA") and said Defendant's failure to appear resulted in wasted attorneys' fees and costs related to the Court Reporter and Spanish translator. *See,* CNA attached as Exhibit "A." Defendant did not move for a Protective Order or otherwise prior to same.

Further, per the Court's Order [DE47], Defendants, MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY, JOAQUIN BRAS, and PHILIP COLEMAN, were Ordered to respond to Plaintiff's outstanding discovery requests *without objections* on or before September 13, 2018. [emphasis added]. While Defendants, MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY, JOAQUIN BRAS, and PHILIP COLEMAN, provided responsive pleadings, Defendants have failed to comply with the Court's Order [DE47] as Defendants have asserted a myriad of objections and have withheld documents as a result of same.

As such, Plaintiff respectfully requests an Order: (a) compelling Defendant COLEMAN to appear for his deposition on a mutually agreed to date at Plaintiff's counsel's Firm's office to occur within fourteen (14) days of the Court's Order; (b) awarding Plaintiff's counsel all fees and costs associated with the instant Motion and all related work; (c) compelling Defendants, MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY, JOAQUIN BRAS, and PHILIP COLEMAN, to comply with the Court's Order [DE47] as it relates to written discovery requests and produce responses and responsive documents to same, **without objections**, within seven (7) days of the Court's Order; and (d) Order Defendant COLEMAN to show cause why he should not be held in Contempt of Court for failing to comply with the Court's Order [DE47].

## CERTIFICATE OF CONFERRAL

Plaintiff's counsel has been conferring with Defendant counsel and Defendants have still not provided alternative dates to re-set the depositions. The date for the instant Hearing was coordinated with Defense counsel and, subsequent to same, with Chambers.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak Esq. ___
    Neil Tobak, Esquire
    Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
WAS PROVIDED VIA CM/ECF ON 10/3/18 TO:

PAUEL KOGAN, ESQ.
KOGAN PROBER, P.A.
MUSEUM PLAZA
200 S. ANDREWS AVE., SUITE 901
FT. LAUDERDALE, FL 33301
PH: 954-281-8888
FAX: 954-333-1505
EMAIL: PKOGAN@KOGANPROBER.COM

BY:__/s/____Neil Tobak_____
    NEIL TOBAK, ESQ.