UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21255-CIV-DPG

| | |
|---|---|
| YOSVANY CARMONA CUELLO and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| MOISES BAKERY OF MIAMI, INC. a/k/a MOISES BAKERY, JOAQUIN BRAS, JACQUELIN BRAS, PHILIP COLEMAN, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT PROPOSED SCHEDULING ORDER PER [DE54]

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **August 12, 2019**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, August 7, 2019**. A **Status Conference** will be held at **9:30 a.m. on Wednesday, July 24, 2019**. The parties shall adhere to the following schedule[1]:

| | |
|---|---|
| 1. Joinder of any additional parties and filing to amend the complaint by | **November 30, 2018** |
| 2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **July 20, 2018**[2] |

---

[1] Counsel for the Plaintiffs are Jewish and observe the High Holy Days. Plaintiff's counsel's firm, is closed in observance of said holidays on 9/10/18, 9/11/18, 9/19/18, 9/24/18, 9/25/18, 10/1/18, 10/2/18, 1/1/18, 4/25/19, 4/26/18. Defendants and Defense Counsel are unavailable for the following days:

[2] The parties reserve the right to supplement and/or amend the witness list as the parties continue to obtain further information and documents through discovery and trial preparation.

1

| | | |
|---|---|---|
| 3. | Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **December 14, 2018** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **December 21, 2018** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **January 5, 2019** |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **August 31, 2018** |
| 7. | Fact discovery shall be completed by | **April 22, 2019** |
| 8. | Expert discovery shall be completed by | **April 22, 2019** |
| 9. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **May 15, 2019** |
| 10. | Mediation shall be completed by | **February 25, 2019** |
| 11. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **May 29, 2019** |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **June 19, 2019** |
| 13. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by | **July 10, 2019** |

DATED:  The 3rd day of October 2018.

By: */s/ Neil Tobak, Esq.*
   Neil Tobak, Esq.
   Fla. Bar No. 093940
   ntobak.zidellpa@gmail.com
   J.H. ZIDELL, P.A.
   300 71st Street, Suite 605
   Miami Beach, FL 33141
   Telephone: (305) 865-6766
   Facsimile: (305) 865-7167
   *Attorney for Plaintiffs*

By: */s/.Pavel Kogan, Esq.*
   **Pavel Kogan, Esq.**
   The Kogan Firm, P.A.
   330 N. Andrews Ave.
   Suite 450
   Ft. Lauderdale, FL 33301
   954-281-8888
   Fax: 954-333-1505
   Email: paul@kogan.law
   *Attorney for Defendants*